USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/27/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

LAWRENCE YOUNG, Individually and on Behalf of All Other Persons Similarly Situated,

    Plaintiff,

v.

PORCELANOSA NEW YORK, INC.,

    Defendant.

----------------------------------------x

ECF CASE

No.: 1:17-cv-9034 (JMF)

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(2), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: March 26 2018
New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
Email: doug@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff Young*

Dated: March 23 2018
New York, New York

_____
Lawrence Bluestone
GENOVA BURNS
30 Montgomery Street, 11th Floor
Jersey City, NJ 07302
lbluestone@genovaburns.com
Tel: 973.533.0777
*Attorneys for Porcelanosa New York, Inc.*

SO ORDERED:

Dated: New York, New York

   March 27, 2018

_____
The Honorable Jesse M. Furman, U.S.D.J.